UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-14001-CR-CANNON/MAYNARD

UNITED STATES OF AMERICA

v.

PATRICK WARD,

Defendant.
_____/

## STIPULATION OF FACTS AND ACKNOWLEDGMENT OF OFFENSE ELEMENTS IN SUPPORT OF GUILTY PLEA

The United States of America, by and through the undersigned Assistant United States Attorney, and Patrick Ward (hereinafter referred to as the "Defendant" or "Ward"), together with his counsel, admit that the United States can prove the allegations contained in Count Two of the Indictment, which charges the Defendant with distribution of a mixture and substance containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), Count Three of the Indictment, which charges the Defendant with distribution of a mixture and substance containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Count Four of the Indictment, which charges the Defendant with distribution of a mixture and substance containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

The Defendant also stipulates that the following recitation of the facts shall constitute the underlying factual basis for his guilty plea. These facts are not all of the facts known to the United States in this case and are offered merely to provide a sufficient factual basis to support the Defendant's guilty plea.

1

## Undercover Buy – July 6, 2022

On July 6, 2022, Port Saint Lucie Police Department Detective ("PSLPD") Erika Venazio purchased 50 capsules of fentanyl[1] from Ward for $1,125.00, during an undercover buy that took place in the parking lot of the Starbucks located at 1789 NW St. Lucie West Boulevard, Port Saint Lucie, Saint Lucie County, Florida. Detective Venazio set the deal up with Ward via several phone calls. Once Detective Venazio arrived at the Starbucks, she got out of her vehicle and entered the front passenger seat of the vehicle Ward was driving (a gray Chrysler van).[2] Ward was the only person inside the van. Shortly after Detective Venazio entered the van, Ward handed her a clear plastic bag containing the fentanyl capsules. Detective Venazio handed Ward the buy money and returned to her vehicle, after which she proceeded to the rendezvous point. The entire transaction, which lasted approximately 1 minute, was recorded with both video and audio. The recording shows Ward interacting with Detective Venazio and discussing the drug transaction as it was taking place.

DEA Lab results confirmed that the substance related to this undercover buy tested positive for 5.11 grams of fentanyl.

## Undercover Buy – July 13, 2022

On July 13, 2022, Detective Venazio purchased 110 capsules of fentanyl from Ward for $2,300.00, during an undercover buy that took place in the parking lot of the Walmart located at 1675 NW St. Lucie West Boulevard, Port Saint Lucie, Florida. Detective Venazio set the deal up with Ward via several phone calls. Once Detective Venazio arrived at the Walmart, Ward

---

[1] Fentanyl is commonly sold in capsules on the street. Each capsule is the equivalent of one dose of fentanyl for a typical addict.

[2] The van was an Enterprise rental vehicle that Ward rented in Miami on June 16, 2022.

2

approached Detective Venazio's vehicle and entered the front passenger seat. Shortly after Ward entered Detective Venazio's vehicle, he handed her a black plastic bag containing the fentanyl capsules. Detective Venazio handed Ward the buy money and Ward exited Detective Venazio's vehicle. Detective Venazio then left the area and proceeded to the rendezvous point. The entire transaction, which lasted approximately 2 minutes, was recorded with both video and audio. The recording shows Ward interacting with Detective Venazio and discussing the drug transaction as it was taking place.

DEA Lab results confirmed that the substance related to this undercover buy tested positive for 11.7 grams of fentanyl.

### Undercover Buy – August 18, 2022

On August 18, 2022, Detective Venazio purchased approximately one ounce of fentanyl from Ward for $2,830.00 during an undercover buy that took place in the parking lot of the Starbucks located at 2209 SW Gatlin BLVD., Port Saint Lucie, Florida. Detective Venazio set the deal up with Ward via several phone calls, which were preserved. Once Detective Venazio arrived at the Starbucks, she got out of her vehicle and entered the front passenger seat of the vehicle Ward was driving (the same van as the June 28, 2022 and July 6, 2022 undercover buys). Ward was the only person inside the van. Shortly after Detective Venazio entered the van, Ward handed her a "witch doctor farms" bag containing the fentanyl. This time Ward sold the fentanyl to Detective Venazio as a white powdery substance, as opposed to the capsules he sold her during the previous undercover buys. Detective Venazio handed Ward the buy money and returned to her vehicle, after which she proceeded to the rendezvous point. The entire transaction, which lasted approximately 3 minutes, was recorded with both video and audio. The recording shows Ward interacting with Detective Venazio and discussing the drug transaction as it was taking place.

3

At one point, Ward told Detective Venazio that he had been "selling this shit a long time," and claimed used to get "$10,000 for an ounce" back in the day. Ward also told Detective Venazio that he could get her "H" if she wanted it.

DEA Lab results confirmed that the substance related to this undercover buy tested positive for 27.6 grams of fentanyl.

Immediately after this undercover buy took place, Detective Venazio gave the takedown signal to the cover team and Ward was arrested. The buy money from this undercover buy was recovered from the van Ward was driving when he was arrested.

The defendant is aware of and understands the nature of the charges to which he is pleading guilty and understands that had he proceeded to trial, the United States would have had to prove the following elements beyond a reasonable doubt:

**Count 2:** Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(C):

    (1) The defendant knowingly and intentionally distributed fentanyl, a Schedule II controlled substance; and

    (2) The defendant knew he was distributing fentanyl.

**Count 3:** Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(C):

    (1) The defendant knowingly and intentionally distributed fentanyl, a Schedule II controlled substance; and

    (2) The defendant knew he was distributing fentanyl.

**Count 4:** Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(C):

    (1) The defendant knowingly and intentionally distributed fentanyl, a Schedule II controlled substance; and

    (2) The defendant knew he was distributing fentanyl.

The defendant and his attorney agree that the facts recited above meet these elements.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

Date: 05/28/24

BY: _____
MICHAEL D. PORTER
ASSISTANT UNITED STATES ATTORNEY

Date: 05/16/24

_____
PATRICK WARD
DEFENDANT

Date: 5/16/24

_____
JOSHUA RYAN ALEXANDER
ATTORNEY FOR DEFENDANT

5